IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                                           CRIMINAL NO. 1:03CR3DCB

DARROAN L. PAYTON                                                          DEFENDANT

## ORDER ALLOWING REMISSION OF FINE

This cause came on for consideration on United States' Motion for Remission of Fine [#27] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on May 16, 2003, is hereby remitted.

SO ORDERED this the 13th day of May, 2016.

                                    s/David Bramlette
                                    HONORABLE DAVID C. BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE